**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GEORGE SAVAKIS, | ) | |
| | ) | |
| | ) | 2:25-cv-1258 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STAVROS SEMANDERES; *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This case was referred to Magistrate Judge Kezia O.L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Pending before the Court is the R&R filed by Judge Taylor (ECF 40). No objections were filed. On careful review, the Court finds no clear error, and so adopts the R&R as the opinion of the Court. The counterclaim is dismissed without prejudice.

BY THE COURT:

Dated: August 5, 2026

/s/ J. Nicholas Ranjan
United States District Judge